IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GRANT F. SMITH, *PRO SE*   )
IRmep   )
P.O. Box 32041   )
Washington, D.C. 20007   )
202-342-7325   )
               *Plaintiff*,   )
                  )
vs.   )
      )
STEVEN MNUCHIN, Secretary,   )
U.S. Department of Treasury   )
Washington, DC 20220   )
      )
and   )
      )
KATHLEEN MCGETTIGAN, Acting Director,   )
Office of Personnel Management   )
1900 E. Street, NW   )
Washington, DC 20415-1000;   )
      )
      )
               *Defendants*.   )
      )

Case: 1:17−cv−01796
Assigned To : Chutkan, Tanya S.
Assign. Date : 9/1/2017
Description: FOIA/Privacy Act

CIVIL ACTION NO.

- 1 -

## COMPLAINT

1. Plaintiff Grant F. Smith brings this action against the U.S. Department of Treasury and the U.S. Office of Personnel Management under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201, and 2202.

3. Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e). Because Defendants have improperly applied FOIA exemptions to withhold responsive data, failed to conduct a proper search and failed to comply with applicable time-limit provisions of the FOIA, Plaintiff is deemed to have constructively exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining the agency from continuing to withhold agency records and ordering the production of agency records improperly withheld.

4. Venue is also proper in this District under 28 U.S.C. § 1391(e) because the Plaintiff is a resident of this judicial district, and a substantial part of the events or omissions giving rise to the Plaintiffs' claims occurred in this District.

PARTIES

5. Plaintiff, Grant F. Smith, is a public interest researcher and founder of the Institute for Research: Middle Eastern Policy, Inc. (IRmep). Smith's FOIA, mandatory declassification review (MDR) and Interagency Security Classification Appeals Panel (ISCAP) generated releases, research and analysis have been published in *The Washington Report on Middle East Affairs*, *The Wall Street Journal*, *Antiwar.com*, *The Washington Examiner*, *Corporate Crime Reporter*, *Mint Press News*, *LobeLog*, the *Bulletin of the Atomic Scientists*, *The Nation Magazine*, *The Weekly Standard*, *Military.com*, *The Jewish Daily Forward*, *Business Insider*, *The Jerusalem Post, Israel National News* and *Courthouse News Service*. They have been carried on broadcast outlets such as C-SPAN, public and commercial U.S. radio stations, foreign broadcasts transmitted by VOA, as well as foreign news agencies like the BBC, Radio France and RT.

6. Defendant the U.S. Office of Personnel Management is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). OPM has possession, custody, and control of the records that the Plaintiff seeks.

7. Defendant US Department of Treasury is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). Treasury has possession, custody, and control of the records that the Plaintiff seeks.

STATEMENT OF FACTS

*The FOIA Administrative Process Treasury*

8. The Plaintiff's FOIA request was sent to the Department of Treasury on April 24, 2012, and sought access to the "US Treasury Department Employee First Name, Middle Initial, Last Name, Title, Department and Phone Number" is attached hereto as Exhibit A.

9. On May 6, 2012 the Department of Treasury responded with printouts of website department head phone numbers and an organization chart. This response is attached hereto as Exhibit B.

10. On May 9, 2012 the Plaintiff filed an appeal that the response was not responsive in that it "1. It does not list every Treasury Department employee. 2. It does not list Treasury bureau employees, e.g. from the U.S. Mint or IRS." This response is attached hereto as Exhibit C.

11. On October 9, 2012 the Treasury denied the appeal, indicating "You have a right to judicial review of this denial in the U.S. district court for the judicial district in which you reside or have a principal place of business, the judicial district in which the requested records are located, or the District of Columbia, in accordance with 5 U.S.C. 552(a)(4)(B)." This response is attached hereto as Exhibit D.

*The FOIA Administrative Process OTFI*

12. The Plaintiff's OPM FOI request was sent on October 15, 2012, and sought access to the "Employees of the U.S. Treasury "Terrorism and Financial Intelligence" (TFI) Unit…1. First Name, 2. Last Name, 3. Occupation/Title. A copy of the OPM FOIA is attached hereto as Exhibit E.

- 4 -

13. On April 24, 2014 the Department of Treasury responded that it had received responsive records from OPM. However, the Department of Treasury redacted all but seven names (Luke A Bronin, David Samuel Cohen, Daniel L. Glaser, Barbara C. Hammerle, Susan Leslie Ireland, Elizabeth S Rosenberg, and Adam J. Szubin.). The Department of Treasury also failed to provide accurate occupation/title data, referencing all seven as "0301Miscellaneous Administrative and Program20120930." The size of each name entry and amount of censored space suggests that OTFI has between 322 and 429 employees. Media reports have place the number at 700. This response is attached hereto as Exhibit F.

14. On May 7, 2014 the Plaintiff appealed the FOIA denial, but never received a response. This appeal is attached hereto as Exhibit G.

ARGUMENT

15. OPM, the only of the two agencies which initially appeared to want to properly comply with FOIA by producing an OTFI employee list (subsequently censored by the Department of Treasury), has not responded to our FOIA appeal.

16. Where the Department of Treasury did respond to the Plaintiff, it improperly denied our request on the basis of FOIA Exemption 6, misapplying an oft-quoted precedent in matters "protecting" personnel lists *Long v. OPM, _F.3d _,2012 WL 3831784 (2d Cir. Sept. 5,2012),* "holding that federal employee names and duty stations were properly withheld because the employees had a cognizable interest in keeping such information from being disclosed wholesale and because there was no public interest in the release of such information)." See Exhibit D.

17. In the case of *Long v OPM*, the FOIA requester sought millions of records and the request included several agencies. OPM withheld names and duty-station information for "all employees in what it deemed to be five 'sensitive' federal agencies: Bureau of Alcohol, Tobacco

and Firearms (ATF), Drug Enforcement Agency (DEA), Department of Defense (DoD), Secret Service, and United States Mint." Beyond the US Mint (which was originally part of the State Department, until made an independent agency in 1799, becoming a part of the US Department of Treasury in 1873) the remainder of the U.S. Department of Treasury was not among the five agencies designated as "sensitive" by OPM. The Plaintiff's requests mostly cover the US Department of Treasury in general and OTFI in particular.

18. Exemption 6 extends to "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy." 5 U.S.C. § 552(b)(6). Plaintiff is not seeking sensitive personnel or medical files.

19. In the case of *Long v OPM*, the chief public interest "identified by plaintiffs is an interest in seeing where the federal government deploys its personnel." It was decided by the court that other sources of information were readily available to serve the public interest.

20. The Plaintiff's interest in the Department of Treasury data sought is much different. The Plaintiff is seeking to understand and disseminate information about the degree of regulatory capture of the US Department of Treasury.

21. Regulatory capture is a form of government failure that occurs when a regulatory agency, created to act in the public interest, instead advances the commercial or political concerns of special interest groups that dominate the industry or sector it is charged with regulating.

22. Revealing the names of all employees and their positions would permit further analysis of Department of Treasury capture by allowing members of the public and media to research the activities, affiliations and public statements of unelected Treasury political appointees and employees beyond the executive level.

WHEREFORE, Plaintiff requests this Court:

(1) Order Defendants to immediately release information requested in the Plaintiff's FOIA seeking the complete list of employees of the Office of Terrorism and Financial Intelligence (OTFI);

(2) Order Defendants to release information requested in Plaintiff's FOIA requesting a list of all (other) Department of Treasury employees;

(3) Enjoin Defendants from continuing to withhold all such non-exempt records requested by any future FOIA filer;

(4) Grant such other and further relief as may deem just and proper.

Respectfully submitted,

_____

Grant F. Smith, *PRO SE*
IRmep
P.O. Box 32041
Washington, D.C. 20007

For process service:

Grant F. Smith c/o IRmep
1100 H St. NW Suite 840
Washington, D.C. 20005

(202) 342-7325

Dated: September 1, 2017

Exhibit A

**IRmep**
**Calvert Station**
**P.O. Box 32041**
**Washington, DC 20007**

http://www.irmep.org
info@irmep.org
Phone: 202-342-7325
Fax: 202-318-8009



Institute for Research: Middle Eastern Policy

April 24, 2012

Hugh Gilmore FOIA Public Liaison
Department of the Treasury
FOIA Request
Washington, DC 20220

**RE: US Treasury Department Employee First Name, Middle Initial, Last Name, Title, Department and Phone Number**

Dear Hugh Gilmore,

This is a request under the Freedom of Information Act. I request the above referenced-data of every US Treasury Department employee. In the past, this type of data would appear in an internal printed directory. According to our discussion on April 24, 2012 there is no longer a print copy, so I request the data. I was unable to obtain the internal designation of the database application for the employee directory from the Treasury Department operator, as suggested. However, this FOIA is only for the data and not the database application. I would be happy to receive the data in a comma or tab-delimited text file on a CD or DVD, which any competent database administrator should be able to easily export. As discussed, we do not request the data of any undercover IRS agent or other person whose identity is protected for enforcement or other legitimate purposes.

In order to help to determine my status as a requester please understand that I am affiliated with an educational, noncommercial research institution, and this request is made for a scholarly purpose. We do not, however, request waiver of fees for this request even though disclosure of the requested information to IRmep is in the public interest and it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in my commercial interest. We will pay up to $50 for any duplication/search/CD production fees involved in the processing of this request.

**Although we do not formally request expedited processing, we do hope to be processed as a high priority.**

Thank you for your consideration of this request.

Sincerely,

Grant F. Smith
Director of Research

Exhibit B



### DEPARTMENT OF THE TREASURY
#### WASHINGTON, D.C. 20220

Re: 2012-05-006
SKF: PAS

Mr. Grant F. Smith
Director of Research
IRmep
Calvert Station
PO Box 32041
Washington, DC 20007

Dear Mr. Grant:

This letter is the Office of Emergency Program's final response to your Freedom of Information Act request, in which you requested all data for United States Department of the Treasury employees.

The Office of Emergency Programs has conducted a search of its files and has attached the existing Treasury Headquarters Organizational Directory, the Treasury Phonebook Bureau Offices and the U.S. Department of the Treasury Organizational Structure chart in response to your request.

If you are dissatisfied with my action on your request, you may appeal within 35 days from the date of this letter.  Your appeal must be in writing, must be signed by you and should include rationale for the appeal.  Your appeal should be addressed to:

Freedom of Information Appeal
Disclosure Services
DO
Department of the Treasury
Washington, DC 20220

Sincerely,

Sara Kay Fisher
Director (Acting)
Office of Emergency Programs



search [GO]
✉ Feedback

★ TreasNet Home
★ What's New
★ About Treasury
★ Conference, Event & Meeting Services (CEMS)
★ Contacts/Directories
★ Councils/Working Groups
★ Emergency Info
★ Ethics/Legal
★ Executive Secretariat
★ For Employees
★ For Managers
★ Forms/Directives/Policy
★ Health/Safety/Environment
★ Human Resources
★ Information Technology
★ Jobs/Training
★ News
★ Offices
★ Printing & Graphics
★ Privacy
★ Procurement/Financial
★ Records/Information Mgt
★ Reports/Publications
★ Security
★ Strategic Planning/Budget
★ Treasury Web Sites

# Treasury Phonebook Bureau Offices

**Comptroller of the Currency**
**Engraving & Printing**
**Financial Crimes Enforcement Network (FinCEN)**
**Financial Management Service**

**Internal Revenue Service**
**Office of Thrift Supervision**
**U.S. Mint**
**Public Debt**

## Comptroller of the Currency

250 E Street. S.W.
Washington, D.C. 20239

| Office | Phone |
|---|---|
| Comptroller of the Currency | 874-4900 |
| Senior Deputy Comptroller for Economic Analysis and Public Affairs | 874-4910 |
| Senior Deputy Comptroller for Bank Supervision Operations | 874-5020 |
| Senior Deputy Comptroller for Bank Supervision Policy | 874-5010 |
| Senior Deputy Comptroller for Capital Markets | 874-4660 |
| Senior Deputy Comptroller for Corporate Activities and Policy Analysis | 874-4710 |
| Senior Deputy Comptroller for Administration | 874-5080 |
| Office of the Chief Counsel | 874-5200 |
| General Services Librarian | 874-4720 |

top

## Engraving and Printing

14th & C Streets, SW
Washington, D.C. 20228

| Office | Phone |
|---|---|
| Office of the Director | 874-2000 |

## U.S. DEPARTMENT OF THE TREASURY

## About

**Organizational Structure**



**Treasury Officials**
Biographies of the Treasury Leadership.

**Bureaus**
The Treasury Bureaus, such as the IRS and the US Mint, carry
out specific operations.

**Offices**
The Treasury Offices headed by Assistant Secretaries and
Under Secretaries.

**Inspectors General**
The three Inspectors General of the Treasury.



## Treasury Headquarters Organizational Directory

| Position | Name | Phone | Room | Building |
|---|---|---|---|---|
| | | | | Select a Building... |
| Office | | | | |
| --All Offices-- | | | | |
| Search | | | | |

Admin (Login Required)

| Position | Name | Phone | Room Number | Building |
|---|---|---|---|---|
| **Office: Secretary of the Treasury** | | | | |
| Secretary | Timothy Geithner | 622-1100 | 3314 | MT |
| Executive Assistant | Shirly Gathers | 622-1100 | 3312 | MT |
| Confidential Assistant | Cheryl Matera | 622-0190 | 3312 | MT |
| **Office: Deputy Secretary of the Treasury** | | | | |
| Deputy Secretary | Neal Wolin | 622-1080 | 3326 | MT |
| Executive Assistant | Vacant | 622-0177 | 3326 | MT |
| Chief of Staff to the Deputy Secretary | Vacant | 622-4993 | 3319 | MT |
| **Office: Office of the Chief of Staff** | | | | |
| Chief of Staff | Mark Patterson | 622-1906 | 3408 | MT |
| Review Analyst | Vacant | 622-1906 | 3408 | MT |
| White House Liaison | Patrick Maloney | 622-6096 | 3410 | MT |
| Director of Scheduling and Advance | Julie Herr | 622-3101 | 3418 | MT |
| Deputy Chief of Staff | Alastair Fitzpayne | 622-5780 | 3414 | MT |
| **Office: Office of the Executive Secretary** | | | | |
| Deputy Executive Secretary | Rebecca H. Ewing | 622-8716 | 3419 | MT |
| **Office: Under Secretary of the Treasury for Domestic Finance** | | | | |
| Under Secretary | Jeffrey Goldstein | 622-1703 | 3312 | MT |
| Senior Advisor to the Under Secretary | Chris DAngelo | 622-2483 | 1332 | MT |
| Senior Policy Advisor | Deborah Danker | 622-4231 | 1332 | MT |
| Assistant and Resource Director | Elizabeth Knack | 622-0933 | 1203 | MT |
| **Office: Under Secretary of the Treasury for International Affairs** | | | | |
| Under Secretary | Vacant | 622-0656 | 3426 | MT |
| Executive Assistant | Rhonda Johnson | 622-7502 | 3312 | MT |
| Senior Adviosr | Vacant | 622-6959 | 3217 | MT |

| Title | Name | Phone | Room | Bldg |
|---|---|---|---|---|
| Special Assistant | Erin Kinsella | 622-9654 | 1332 | MT |
| Executive Assistant | Sally Wrennall-Montes | 622-0204 | 3312 | MT |
| **Office: Under Secretary for Terrorism and Financial Intelligence** | | | | |
| Under Secretary | Stuart Levey | 622-8260 | 4326 | MT |
| Assistant Secretary Terrorist Financing | David Cohen | 622-1655 | 4312 | MT |
| Assistant Secretary Intelligence and Analysis | S. Leslie Ireland | 622-1835 | 4334 | MT |
| Deputy Assistant Secretary (Security) | Charles Cavella Jr. | 622-2585 | 2441 | MT |
| Deputy Assistant Secretary Terrorist Financing and Financial Crimes | Daniel Glaser | 622-1943 | 4000 | MT |
| Deputy Assistant Secretary Intelligence and Analysis | Howard Mendelsohn | 622-1841 | 5515 | MT |
| Director, Office of Foreign Assets Control | Adam Szubin | 622-2510 | 2233 | ANX |
| Director, Executive Office for Asset Forfeiture | Eric Hampl | 622-2568 | 908 | 740 15th |
| Director, Financial Crimes Enforcement Network (FinCen) | James H. Freis Jr. | 703-905-3592 | 2200 | CBR/VA |
| Deputy Director, OFAC | Barbara C. Hammerle | 622-2510 | 2251 | ANX |
| **Office: Assistant Secretary of the Treasury for Financial Institutions** | | | | |
| Assistant Secretary | Michael Barr | 622-3035 | 2326 | MT |
| Deputy Assistant Secretary for Financial Institutions Policy | Vacant | 622-0430 | 2330 | MT |
| Deputy Assistant Secretary for Critical Infrastructure Protection and Compliance Policy | Vacant | 622-1677 | 2327 | MT |
| Deputy Assistant Secretary Financial Education | Michelle Greene | 622-2018 | 2326 | MT |
| Director, Office of Financial Institutions Policy | Vacant | 622-0715 | 1418 C | MT |
| Director Office of Critical Infrastructure Protection and Compliance | Charles Klingman | 622-6428 | 1327 | MT |
| Director, Community Development Financial Institutions Fund | Donna Gambrell | 622-4203 | 218-S | 600 13th St. |
| Executive Director, Terrorism Risk Insurance Program | Jeffrey Bragg | 622-1479 | 2114 | 1425 NY |
| Senior Advisor to the Assistant Secretary | Amias Gerety | 622-8716 | 3127 | MT |
| Director, Financial Education | Dubis Correal | 622-4848 | 1338 E | MT |
| Director, Office of Consumer Protection | Peggy L. Twohig | 622-0503 | 1410A | MT |
| Deputy Assistant Secretary for Consumer | Eric Stein | 622-0488 | 2321 | MT |

Protection

| | | | | | |
|---|---|---|---|---|---|
| Executive Assistant | Anita Hunt | 622-0502 | 2326 | MT | |
| Director, Office of CAIP | Louisa Quittman | 622-8103 | 1406 | MT | |
| Senior Advisor to the AS | Dan Sokolov | 622-8917 | 1325B | MT | |
| Director, Financial Access Innovations | Josh Wright | 622-2409 | 1418A | MT | |

**Office: Assistant Secretary of the Treasury for Financial Markets**

| | | | | | |
|---|---|---|---|---|---|
| Assistant Secretary Financial Markets | Mary Miller | 622-5571 | 2324 | MT | |
| Deputy Assistant Secretary for Federal Finance | Matthew Rutherford | 622-4995 | 2418 | MT | |
| Director, Office of Debt Management | Vacant | 622-2042 | 2414 | MT | |
| Director, Office of Financial Market Policy | Heidilynne Schultheiss | 622-2692 | 1404 A | MT | |
| Director, Advance Counterfeit Deterrence Program | Reese Fuller | 622-1882 | 1326 B | MT | |
| Senior Advisor to the Assistant Secretary for Financial Markets | Alfred Johnson | 622-6541 | 3421 | MT | |
| Director, Office Federal Lending | Gary Burner | 622-2470 | Mail Stop 916A | 1120 VT | |
| Director, Office of Policy and Legislative Review | Paula Farrell | 622-0702 | Mail Stop 916B | 1120 VT | |
| Deputy Assistant Secretary (Government and Financial Policy) | Vacant | 622-0413 | 2422 | MT | |
| Deputy Assistant Secretary for Capital Markets | Matther Kabaker | 622-1622 | 2327 | MT | |

**Office: Fiscal Assistant Secretary**

| | | | | | |
|---|---|---|---|---|---|
| Fiscal Assistant Secretary | Richard L. Gregg | 622-2295 | 2112 | MT | |
| Deputy Assistant Secretary for Fiscal Operations and Policy | Gary Grippo | 622-2344 | 2108 | MT | |
| Deputy Assistant Secretary for Accounting Policy | Mark Reger | 622-6943 | 2104 | MT | |
| Director, Office of Fiscal Projections | David Monroe | 622-1813 | 2040 | MT | |
| Assistant Director, Office of Fiscal Projections | Chris Kubeluis | 622-1814 | 2048 | MT | |
| Review Analyst | Vacant | 622-0560 | 2112 | MT | |
| Special Assistant to the Fiscal Assistant Secretary | Tynia Gorham | 622-1796 | 2108B | MT | |
| Director, Office of Financial Innovation and Transformation | Adam Goldberg | 927-0638 | 200PB | MT | |

**Office: Assistant Secretary of the Treasury for Economic Policy**

| | | | | | |
|---|---|---|---|---|---|
| Assistant Secretary | Vacant | 622-2200 | 3454 | MT | |
| Deputy Assistant Secretary for Microeconomic Analysis | John Bellows | 622-1513 | 3439 | MT | |
| Deputy Assistant | Aaron Klein | 622-2220 | 3449 | MT | |

| | | | | |
|---|---|---|---|---|
| Secretary for Policy Coordination | | | | |
| Deputy Assistant Secretary for Macroeconomic Analysis | John Shea | 622-2734 | 3450 | MT |
| Director, Macroeconomic Analysis | Ralph M. Monaco | 622-2293 | 2453 | MT |
| Director, Microeconomic Analysis | Vacant | 622-2683 | 4426 | MT |
| Special Assistant to the Assistant Secretary for Economic Policy | Rakeen Mabud | 622-2584 | 3445 D | MT |
| **Office: Office of the General Counsel** | | | | |
| Deputy Assistant General Counsel (Ethics) | Vacant | 622-1963 | 2221 | MT |
| Deputy Assistant General Counsel (International Affairs) | Rupa Bhattacharyya | 622-2122 | 2306 | MT |
| Principal Deputy General Counsel | Christopher J. Meade | 622-0283 | 3304 | MT |
| Counselor to the General Counselor | Stephen Albrecht | 622-1143 | 3001 | MT |
| General Counsel (A) | George W. Madison | 622-0283 | 3306 | MT |
| Senior Advisor to the General Counsel | Dustin Palmer | 622-3108 | 3010 | MT |
| Deputy Assistant General Counsel (Enforcement and Intelligence) | Mike Maher | 622-3654 | 2301 | MT |
| Deputy Chief Counsel (OFAC) | Matthew Tuchband | 622-1654 | 3121 | ANX |
| Assistant General Counsel (Banking and Finance) | Laurie Schaffer | 622-1988 | 2312 | MT |
| Deputy Assistant General Counsel (Banking and Finance) | Peter Bieger | 622-1975 | 2037 | MT |
| Chief Counsel (OFAC) | Sean M. Thornton | 622-9880 | 3123 | ANX |
| Chief Counsel, Financial Crimes | Bill Bradley | 703-905-3534 | | CBR/VA |
| Assistant General Counsel (GLER) | Rochelle Granat | 622-1137 | 2316 | MT |
| Assistant General Counsel (International Affairs) | Himamauli Das | 622-1147 | 2308 | MT |
| Legal Counsel, Executive Office for Asset Forfeiture | Melissa Nasrah | 622-2566 | Suite 900 | TEOAF |
| Deputy Assistant General Counsel (CFPB Implementation) | Richard Lepley | 202-435-7189 | | 1801 L |
| Deputy Assistant General Counsel (Ethics) | Elizabeth A. Horton | (202) 622-9794 | 2221 | MT |
| Deputy Assistant General Counsel (General Law & Regulation) | Brian J. Sonfield | 202-622-9804 | 2023 | MT |
| Assistant General Counsel (Enforcement and Intelligence) | Mark Monborne | 622-1286 | 2304 | MT |

**Office: Office of the Inspector General**

| | | | | |
|---|---|---|---|---|
| Inspector General | Eric M. Thorson | 622-1090 | 4436 | MT |
| Deputy Inspector General | Vacant | 622-1090 | 4436 | MT |
| Counsel to the Inspector General | Richard Delmar | 927-0650 | 110 | 740 15th St. |
| Assistant Inspector General Office of Investigations | P. Brian Crane | 927-5260 | | 799 9th St NW |
| Assistant Inspector General for Management | Tricia Hollis | 927-5200 | 500 | 740 15th St. |
| Deputy Assistant Inspector General for Management | Debra McGruder | 927-5229 | 510 | 740 15th St. |
| Information Technology | Dee Thompson | 927-5347 | 720 | 740 15th St. |
| Assistant Inspector General for Audit | Marla A Freedman | 927-5400 | 600 | 740 15th St. |
| Deputy Assistant Inspector General for Audit | Robert A. Taylor | 927-5420 | 600 | 740 15th St. |
| Deputy Assistant Inspector General for Financial Management & Information Technology Audits | Joel Grover | 927-5400 | 600 | 740 15th St. |
| Deputy Inspector General for Small Business Lending Fund | Debra Ritt | 622-1090 | 4436 | MT |

**Office: Assistant Secretary of the Treasury for International Affairs**

| | | | | |
|---|---|---|---|---|
| Assistant Secretary International Finance | Charles Collyns | 622-0656 | 3428 | MT |
| Assistant Secretary International Economics and Development | Marisa Lago | 622-2722 | 3426 | MT |
| Deputy Assistant Secretary for International Monetary and Financial Policy | Mark Sobel | 622-0168 | 3034 | MT |
| Deputy Assistant Secretary Multilateral Development Banks | Scott A. Morris | 622-0070 | 3202 | MT |
| Deputy Assistant Secretary for Trade and Investment Policy | Vacant | 622-6883 | 3205 A | MT |
| Deputy Assistant Secretary for the Office of Africa, Middle East and North Africa | Andy Baukol | 622-2129 | 3218 A | MT |
| Deputy Assistant Secretary for Technical Assistance Policy | W. Larry McDonald | 622-5504 | 3041 A | MT |
| Deputy Assistant Secretary for Europe and Eurasia | Eric Meyer | 622-0603 | 5441 | MT |
| Director, Office of Trade Finance and Investment Negotiations | Steven Tvardek | 622-1749 | 5419 J | MT |
| Deputy Director, Office of Trade Finance and | David Drysdale | 622-1747 | 5419 I | MT |

Investment Negotiations

Investment Negotiations

| | | | | |
|---|---|---|---|---|
| Director, Office of International Trade | Whit Warthin | 622-1733 | 5204 A | MT |
| Deputy Director, International Trade | William Schall | 622-0208 | 5204 K | MT |
| Deputy Director, Financial Services | Mary Beasley | 622-0086 | 5204 | MT |
| Associate Director, Fin Enf | Carlos Correa | 622-3314 | 6th FL | 740 15th St. |
| Deputy Assistant Secretary for East Asia | Robert Dohner | 622-7222 | 3218 C | MT |
| Deputy Assistant Secretary for Investment Security | Mark Jaskowiak | 622-1743 | 3203 | MT |
| Deputy Director, Office of South and Southeast Asia | Atticus Weller | 622-1221 | 4440 A | MT |
| Director, Europe and Eurasia | Eric Meyer | 622-0603 | 4128 A | MT |
| Director, Middle East and North Africa | Francisco Parodi | 622-7144 | 5008 | MT |
| Deputy Director, Middle East and North Africa | Seth Bleiweis | 622-8236 | 5028 D | MT |
| Deputy Director, Office of Investment Securities | Michael Carr | 622-0416 | 5204E | MT |
| Deputy Director, African Nations | Anthony Ieromino | 622-0716 | 4456 A | MT |
| Financial Attache Cairo, Egypt | C. Alex Severens | 011-20-2-2797-2588 | | EGYPT |
| Director, Office of Investment Securities | Mark Jaskowiak | 622-5052 | 5221 A | MT |
| Deputy Director, Multilateral Development Banks | Dirk Joldersma | 622-1272 | 5406 H | MT |
| Director, International Debt Policy | Steve Donovan | 622-0159 | 5132 H | MT |
| Deputy Director, Debt Policy | Anthony Marcus | 622-6565 | 5127 B | MT |
| Director, Office of International Debt and Development Policy | John Hurley | 622-9124 | 5417 B | MT |
| Director, Office of Technical Assistance | Mike Ruffner | 927-0249 | 4300 | 740 15th St. |
| Director, Office of International Banking and Securities Markets | Bill Murden | 622-2775 | 5308 | MT |
| Deputy Director, Global Policy | Lois Quinn | 622-9122 | 5312 | MT |
| Deputy Director, Bilateral and Regional Issues | Wilbur F. Monroe | 622-1252 | 2002 | MT |
| Director, Office of International Monetary Policy | E. Clay Berry | 622-2156 | 5326 | MT |
| U.S. Executive Director (World Bank) | Eli Whitney Debevoise, II | 458-0115 | | 1818 H St. |
| Director, Office of Global Economics Group | John Weeks | 622-9885 | 5422 F | MT |

| | | | | |
|---|---|---|---|---|
| Treasury Representative for Europe- Brussels, Belgium | Matthew Haarsager | 011-32-2-508-2670 | | BELGIUM |
| Director, African Nations | Dan Peters | 622-5280 | 4456 B | MT |
| Asian Development Bank U.S. Executive Director | Curtis S. Chin | 011-63-2-632-6050 | | MANILA |
| Director, Office of South and Southeast Asia | Malachy Nugent | 622-4262 | 4440 | MT |
| U.S. Executive Director (Tunisia) | Mimi Alemayehou | 011-216-71-10-3102 | | TUNISIA |
| Deputy Director, Office of East Asian Nations | Tsung-Toa Yang | 622-8505 | 4444B | MT |
| Inter American Development Bank U.S. Executive Director | Miguel San Juan | 623-1075 | IADB | 1300 NY AV |
| Asian Development Bank Alternate U.S. Executive Director | Paul W. Curry | 011-63-2-632-6050 | | MANILA |
| U.S. Executive Director (EBRD) | Kenneth Peel | 011-44-20-7338-6459 | | UK |
| Director, Office of Western Hemisphere | Luyen Tran | 622-0763 | 1462 | MT |
| Deputy Director, Office of Western Hemisphere | Anna Jewell | 622-1218 | 1446 A | MT |
| Deputy Director, Office of Europe and Eurasia | Jeffrey Baker | 622-4845 | 5441 F | MT |
| Business Office | Theresa A. Wagoner | 622-1196 | 6286 | Met Sq |
| Director, Environment and Energy | Beth Urbanas | 622-2956 | 5417 C | MT |
| African Development Bank U.S Alt Executive Director (Tunisia) | Robin Ritterhoff | 011-216-71-10-3102 | | TUNISIA |
| Financial Attaches, Kabual | Michael Hirson | 011-93-700-652-204 | | AFGHANISTAN |
| Advisor (EBRD) | Abby Demopulos | 011-44-20-7338-6420 | | UK |
| Financial Attaches | Ged Smith | 914-360-2841 | | IRAQ |
| Financial Attaches | Susan Baker | 301-585-2481 | | SINGAPORE |
| Financial Attaches, Tokyo | Robert Kaproth | 011-813-3224-5486 | | JAPAN |
| Inter American Development Bank Alternate U.S. Executive Director | Vacant | 623-1075 | | 1300 NY |
| International Monetary Fund U.S. Executive Director | Meg Lundsager | 623-7764 | 13-318 | 700 19th |
| President, World Bank | Robert Zoellick | 473-1000 | | 1818 H St |
| Deputy Assistant Secretary for Environment and Energy | William "Billy" Pizer | 622-0173 | 3221 | MT |
| Deputy Assistant Secretary for Investment Security | Mark Jaskowiak (Acting) | 622-5052 | 3203 | MT |
| Deputy Assistant Secretary Western Hemisphere | Brian D. O Neill | 622-1026 | 3204B | |

| | | | | |
|---|---|---|---|---|
| Chief Economist of Research and Risk Analysis Group | John Schindler | 622-0417 | 1104 D | MT |
| Deputy Financial Attache, Abu Dhabi | Matt Epstein | 011-971-2-414-2484 | | UAE |
| Director, Multilateral Development Banks (A) | Liza Morris | 622-6489 | 5313 C | MT |
| International Monetary Fund Alternate U.S. Executive Director | Daniel Heath | 623-7719 | 13-318 | 700 19th St. |
| Senior Advisor, OUSED (IMF) | Michael Kaplan | 622-7760 | 13-318 | 700 19th St. |
| Financial Attache, San Paulo | Bill Block | 011-55-11-5185-7103 | | BRAZIL |
| Senior Deputy Director IA Business Administration | Thomas Funkhouser | 622-1496 | 5127 A | MT |
| Financial Attache, New Dehli | Russell Green | 011-91-11-2419-8284 | | INDIA |
| Senior Director IA Business Administration | Jennifer Beasley | 622-6843 | 4464 | MT |
| Senior Advisor to the Assistant Secretary | Jamie Franco | 622-0117 | 3213 | MT |
| Staff Assistant | Anita Maria Hunt | 622-5800 | 3426 | MT |
| **Office: Assistant Secretary of the Treasury for Legislative Affairs** | | | | |
| Deputy Assistant Secretary (Appropriations and Management) | Lisa L. Pena | 622-1922 | 3462 | MT |
| Deputy Assistant Secretary (Tax & Budget) | Sandra Salstrom | 622-1980 | 3132 | MT |
| Deputy Assistant Secretary (Housing, GSE & TARP) | Megan O. Moore | 622-2290 | 3124-C | MT |
| Deputy Assistant Secretary(International) | Stephane J. Le Bouder | 622-7593 | 3127 | MT |
| Deputy Assistant Secretary (Housing, Insurance and Terrorist Finance) | Kathleen L. Mellody | 622-2678 | 3124-B | MT |
| Senior Advisor | Patrick Maloney | 622-9469 | 3464 | MT |
| **Office: Assistant Secretary of the Treasury for Management/Chief Financial Officer** | | | | |
| Assistant Secretary of the Treasury for Management and Chief Financial Officer | Dan Tangherlini | 622-6611 | 2442 | MT |
| Deputy Assistant Secretary Management and Budget | Nani Coloretti | | 2438 | MT |
| Assistant General Counsel (General Law, Ethics and Regulation) | Rochelle F. Granat | 622-6052 | 1136 | MT |
| Review Analyst | Sheila Nelson | 622-0410 | 2438 | MT |
| Acting Deputy Assistant Secretary for Information Systems and Chief Information Officer | Diane Litman | 622-1200 | 12103 | 1750 Penn Ave. |

| | | | | |
|---|---|---|---|---|
| Associate Chief Information Officer for HR Connect | Debra Vess | 927-5289 | 13114 | 1750 Penn Ave. |
| Associate Chief Information Officer for Enterprise Solutions | Vacant | | | 1 |
| Associate Chief Information Officer for Planning and Management | Diane Litman | 622-7704 | 11208 | 1750 Penn Ave. |
| Associate Chief Information Officer for Cyber Security | Ed Roback | 622-2593 | 11301 | 1750 Penn Ave. |
| Deputy Chief Financial Officer | Al Runnels | 622-0750 | 6253 | Metro Square |
| Director, Corporate Working Capital Fund | JC Byrnes | 622-7406 | 6241 | Metro Square |
| Director, Office of Financial Systems Integration | David J. Epstein | 622-0452 | 6251 | Metro Square |
| Director, Office of Accounting and Internal | James R. Lingebach | 622-0818 | 6263 | Metro Square |
| Assistant Director, Internal Control | Elaine T. Munroe | 622-4154 | 6259 | Metro Square |
| Director, Office of Budget | Vacant | 622-1077 | 6118 | Metro Square |
| Director, HR Operations for DO | Rhonda Coachman-Steward | 622-1044 | 200 | NPB |
| Deputy Assistant Secretary for Departmental Offices Operations | James Thomas | 622-4080 | 6100 | ANX |
| Deputy Director Privacy and Treasury Records | Melissa Hartman | 622-4901 | 6100 | ANX |
| Curator | Richard Cote | 622-0902 | 1221 | MT |
| Director, Printing and Graphics | Craig Larsen | 622-1409 | B-39 | ANX |
| Director, Office of Civil Rights and Diversity | Mariam Harvey | 622-0136 | 8139 | 1750 Penna Ave. |
| Director, Office of DC Pensions | Nancy Ostrowski | 622-2214 | 6267 | Metro Square |
| Director, Financial Management and Administration | Jose Villar | 622-4932 | 6069 | Metro Square |
| Director, Office of Procurement Executive and Senior Procurement Executive | Thomas A. Sharpe | 622-1039 | 6111 | Metro Square |
| Director, Procurement Services Division (A) | Kevin Youel-Page | 622-0651 | 6101 | Metro Square |
| Contracts Administrative Support Assistant | Jeannie M. Chieze | 622-2561 | 2153 | 1425 NY |
| Branch Chief, Contracts and Information Technology | Vacant | 622-0794 | 2156 | 1425 NY |
| Branch Chief, Policy Administration | Vacant | 622-1472 | 2156 | 1425 NY |
| Chief, Librarian | Judy Lim-Sharpe | 622-0980 | 1428 | MT |
| Director, Records | Veronica T. Marco | 622-2477 | 6901 | ANX |

Management

| | | | | |
|---|---|---|---|---|
| Branch Chief, Telephone Operator Services | J. Michael Thomas | 927-9213 | 6007 | Metro Sq |
| Director, Office of Asset Management | Vacant | 622-0022 | 6179 | Metro Square |
| Chief, Property Services | Patty Pettit | 622-2179 | 1400 | ANX |
| Chief, Motor Pool and Mail Services | James Little | 622-1650 | B-34 | MT |
| Director, Conferences and Special Events | Cindy Gooch | 622-2071 | 1128 | MT |
| Director, Emergency Programs | Kelly Wolslayer | 622-2195 | 1020 | MT |
| Senior Advisor to the ASM | Mike Lewis | 622-3068 | 2426 | MT |
| Senior Advisor to the Deputy Assistant Secretary for Information Systems and CIO | Matt Hazzard | 622-3221 | 12105 | 1750 Penn Ave. |
| Deputy Assistant Secretary for Privacy, Transparency, and Records | Melissa Hartman | 622-5049 | 8119 | 1750 Penn Ave. |
| Associate Chief Information for Infrastructure Operations | John Talbot | 622-9602 | 7168 | 1750 Penn Ave. |
| Director (OSDBU) | Teresa Lewis | 622-2826 | 6099 | Metro Square |
| Director, Office of Human Capital Strategic Management | Nicole Johnson | 622-4822 | 8121 | 1750 Penn Ave. |
| **Office: Assistant Secretary of the Treasury for Public Affairs** | | | | |
| Assistant Secretary and Director of Policy Planning | Vacant | 622-2910 | 3450 | MT |
| Deputy Assistant Secretary Public Affairs: Dom. Fin., TARP | Andrew Williams | 622-2920 | 3438 | MT |
| Deputy Assistant Secretary Business Affairs and Public Liaison | Vacant | 622-9760 | 3122 | MT |
| Public Affairs Specialist International Affairs, Enforcement | Natalie Wyeth | 622-2960 | 3024 B | MT |
| Director, Public Affairs Specialist Enforcement | Jenni Engebretson | 622-2920 | 3446 | MT |
| Public Information Coordinator | Frances Anderson | 622-2960 | 3019 A | MT |
| Senior Speechwriter for the Secretary | Peter Gosselin | 622-2960 | 3030 | MT |
| Administrative Support Specialist | Rowena Holloway | 622-2960 | 3019 B | MT |
| Public Affairs Specialist, International Affairs | Heather Wong | 622-2960 | 3024B | MT |
| Senior Advisor, Business Affairs and Public Liaison | Fred Baldasarro | 622-9760 | 3028A | MT |
| Senior Advisor to the Assistant Secretary | Melissa Green | 622-2960 | 3020 | MT |
| Review Analyst and Scheduling Coordinator | Carmen Alvarado | 622-2910 | 3442 | MT |

| | | | | |
|---|---|---|---|---|
| Public Affairs Specialist, Domestic Finance | Vacant | 622-8657 | 3028 B | MT |
| Public Affairs Specialist ,Tax and Economic Policy | Nayyera Haq | 622-2960 | 3024 A | MT |
| News Analyst | Bill Robertson | 622-2960 | 1030 | MT |
| Photographer | Chris Taylor | 622-2621 | 1450 | ANX |
| Public Liaison Program Coordinator | Vee Joseph | 622-1498 | 3027 | MT |
| **Office: Assistant Secretary of the Treasury for Tax Policy** | | | | |
| Assistant Secretary | Michael F. Mundaca | 622-0050 | 3120 | MT |
| Deputy Assistant Secretary (Tax Policy) | Emily S. McMahon | 622-0140 | 3112 | MT |
| Senior Advisor to the Secretary and Deputy Assistant Secretary for Retirement and Health Policy | J. Mark Iwry | 622-7827 | 3064D | MT |
| Deputy International Tax Counsel | Michael Caballero | 622-1788 | 5064 | MT |
| Deputy Tax Legislative Counsel (Legislative Affairs) | Vacant | | 4202 | MT |
| International Tax Counsel | Manal Corwin | 622-1317 | 3054 | MT |
| Deputy Assistant Secretary (International Tax Affairs) | Stephen E. Shay | 622-9525 | 3060 | MT |
| Deputy Assistant Secretary for Tax Analysis | Mark J. Mazur | 622-0120 | 3064C | MT |
| Deputy Assistant Secretary (Tax, Trade and Tariff Policy) | Timothy Skud | 622-0220 | 3104 | MT |
| Tax Legislative Counsel (A) | Joshua Odintz | 622-1776 | 3040 | MT |
| Deputy Tax Legislative Counsel | John Parcell | 622-2578 | 1010 | MT |
| Deputy Tax Legislative Counsel (Tax Regulation) | Jeffrey Van Hove | 622-0836 | 3048 | MT |
| Deputy International Tax Counsel (Treaty Affairs) | Vacant | | 5064 | MT |
| Benefits Tax Counsel | George Bostick | 622-1341 | 3050 | MT |
| Director, Office of Tax Analysis | Helen Morrison | 622-1357 | 4028 | MT |
| Director, Office of Tax Analysis | James Mackie | 622-1326 | 4116 | MT |
| Director for Business and International Taxation | Geraldine Gerardi | 622-1782 | 4221 | MT |
| Director for Economic Modeling and Computer Applications | Robert Gillette | 622-0852 | 4039 | MT |
| Director for Revenue Estimating | John McClelland | 622-1129 | 4112 | MT |
| Director, Management Services | Rudie Slaughter | 622-0859 | 1324 | MT |
| Senior Advisor to the | Vacant | | | |

**Assistant Secretary**

| | | | | | |
|---|---|---|---|---|---|
| Senior Advisor (Technology Development) | Roy Wyscarver | 622-0403 | 1324 | MT | |
| Director for Receipts Forecasting | J. Scott Jaquette | 622-1319 | 4064A | MT | |
| Director for Individual Taxation | Vacant | | 4043 | MT | |
| **Office: Office of the Treasurer of the United States** | | | | | |
| Treasurer of the United States (PAS) | Rosa Rios | 622-0100 | 2134C | MT | |
| Executive Assistant | Karen Duncan | 622-2306 | 2134B | MT | |
| **Office: Assistant Secretary Financial Stability** | | | | | |
| Assistant Secretary Financial Stability | vacant | 622-5517 | 2426 | MT | |
| Executive Assistant | Imani Harvey | 622-2219 | 2426 | MT | |
| Director, Auto Manufacturing Task Force | Ron Bloom | 622-8811 | 1304 | MT | |
| Senior advisor to the AS | Susan Ochs | 622-0240 | 2422 | MT | |
| Special Master | Ken Feinberg | 202-622-0736 | 1310 | MT | |
| Senior Advisor | Haley Stevens | 622-7685 | 1312 | MT | |
| Executive Assistant | Kathryn Blandford | 927-8776 | 1312 | MT | |
| **Office: Office of the Treasury Inspector General for Tax Administration** | | | | | |
| Office of the Treasury Inspector General for Tax Administration | J. Russell George | 622-6500 | 1125 | 1125 15th Street | |

Exhibit C

**IRmep**
**Calvert Station**
**P.O. Box 32041**
**Washington, DC 20007**

http://www.irmep.org
info@irmep.org
Phone: 202-342-7325
Fax: 202-318-8009



Institute for Research: Middle Eastern Policy

05/09/2012

Hugh Gilmore FOIA Public Liaison
Department of the Treasury
FOIA Request
Washington, DC 20220

**RE: FOIA Appeal**

Dear Hugh Gilmore,

This is an appeal under the Freedom of Information Act.  On April 24, 2012 I contacted you by phone about the feasibility of obtaining the first name, last name, title, department and phone number of every US Treasury Department employee that was not engaged in identity-protected undercover work, such as certain IRS agents.  You indicated that although there were no longer any print directories, the identity of Treasury employees was not a secret, and that the data should be available.

On May 6, 2012 the Office of Emergency Program released a print-out of the Treasury Phonebook Bureau Offices from http://intranet.treas.gov/phone2/  This release is not responsive to our FOIA since:

1. It does not list *every* Treasury Department employee.
2. It does not list Treasury bureau employees, e.g. from the U.S. Mint or IRS.

As indicated in our original FOIA, we believe this data is readily available and could be exported into a comma-delimited text file on a CD by any competent IT professional, perhaps from Human Resources.

**Although we do not formally request expedited processing, we do hope to be processed as a high priority.**

Thank you for your consideration of this request.

Sincerely,

Grant F. Smith
Director of Research

Enclosures: Original FOIA, FOIA response

Exhibit D



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

October 9, 2012

Re: FOIA 2012-05-006

Mr. Grant F. Smith
Director of Research
Institute of Research: Middle Eastern Policy
Calvert Station
P.O. Box 32041
Washington, DC 20007

Dear Mr. Smith:

This letter responds to your FOIA Appeal dated May 9, 2012, in which you contend that the Department of the Treasury failed to provide the information you requested in your FOIA request dated April 24, 2012. In that request, you sought data on all Treasury Department employees, including first names, last names, titles/departments, and phone numbers for every employee not engaged in identity-protected undercover work, such as certain IRS agents.

On May 6, 2012, the Treasury Department released a print-out of the Treasury Headquarters phone book. You contend, in your appeal of May 9, 2012, that this information was not responsive to your request as it did not provide information on every Treasury employee, nor information on Treasury bureau employees, e.g. from the U.S. Mint or IRS.

In a subsequent contact with Brian Sonfield of Treasury's Office of General Counsel, you were provided with the link to a publicly accessible site that provides a searchable database on employees in all departments and agencies, including the Treasury Department and its bureaus. The site is http://www.php.app.com/fed_employees11/search.php.

Based on my review of your initial request, the Department's response, your appeal, and the information resource provided, I have concluded that the Department conducted a reasonable search in response to your request. I have further concluded that the information subject to your request would be exempt from disclosure pursuant to Exemption 6 of the FOIA, 5 U.S.C. § 552(b)(6). See Long v. OPM, __F.3d __, 2012 WL 3831784 (2d Cir. Sept. 5, 2012) (holding that federal employee names and duty stations were properly withheld because the employees had a cognizable interest in keeping such information from being disclosed wholesale and because there was no public interest in the release of such information). Your appeal is hereby denied.

You have a right to judicial review of this denial in the U.S. district court for the judicial district in which you reside or have a principal place of business, the judicial district in which the requested records are located, or the District of Columbia, in accordance with 5 U.S.C. 552(a)(4)(B).

Sincerely,

Michael Lewis
Senior Advisor
Office of the Assistant Secretary
for Management/CFO

Exhibit E



**IRmep**
**Calvert Station**
**P.O. Box 32041**
**Washington, DC 20007**

http://www.irmep.org
info@irmep.org
Phone: 202-342-7325
Fax: 202-318-8009

Institute for Research: Middle Eastern Policy

October 15, 2012

Matthew E. Perry, Chief FOIA Officer
U.S. Office of Personnel Management
FOIA Requester Service Center - 1900 E Street, N.W.
Room 5415
Washington, D.C 20415-7900

**RE: Employees of the U.S. Treasury "Terrorism and Financial Intelligence" (TFI) Unit**

Dear Matthew E. Perry,

This is a request under the Freedom of Information Act. I request a copy of the following OPM Central Personnel Data File (CPDF) data fields for all employees of the above-referenced U.S. Department of Treasury unit:

1. First Name
2. Last Name
3. Occupation/Title

We believe this request is consistent with recent court rulings on FOIA and OPM data release.[1]  TFI is a relatively new unit, created by President George W. Bush in the year 2004.  TFI's first Under Secretary for Terrorism and Financial Intelligence was Stuart A. Levey.  Our close review of Levey's graduate thesis' and other writings underscores his overriding expertise, professional and private concern was for the future of Israel.  We found him to be an extremely curious choice to lead a Treasury unit.  Levey functioned within a larger network of career and academic advisors who were active in what is popularly termed "the Israel lobby".  Levey has now been succeeded by David S. Cohen who emerged from an elite law firm where former DHS chairman Michael Cheroff also worked.  Neither Levey nor Cohen have been at all responsive to public questions about the impact of TFI on broader U.S. interests. David Cohen spoke for an hour on September 12, 2012 at NYU Law School about international pressure on Iran but refused to answer basic questions about TFI from three reporters attending the event. TFI routinely denies even basic FOIA inquiries by citing the Bank Secrecy Act.[2]

FOIA was enacted to promote honest and open government, but TFI is a proactively intransparent organization which makes itself available only to place statements in the elite press or answer to highly select groups.  TFI personnel such as Daniel L. Glaser, the assistant secretary, have held major briefings only in closed meetings at the Washington Institute for Near East Policy (WINEP), a "think tank" created by the American Israel Public Affairs Committee in 1984.  AIPAC is an Israel lobbying organization which lobbied for the creation of TFI.[3]  Since these events are closed to most investigative reporters and outside opportunities for questions, it raises public concern.  The public has no information about how many people work in TFI or what their backgrounds and qualifications are. The unit seems only to be tasked with secretly implementing economic warfare legislation against Iran proposed by the very Israel lobbying organizations that promoted its creation, again raising a present and urgent public question about regulatory capture.

---

[1] Long v OPM http://docs.justia.com/cases/federal/appellate-courts/ca2/10-1600/10-1600-2012-09-05.pdf
[2] FOIA Denial http://www.irmep.org/PDF/12102007TFI_FOIA.pdf
[3] http://www.washingtoninstitute.org/policy-analysis/view/treasurys-response-to-the-arab-spring-financial-tools-for-international-sec

Disclosure of this narrow list of TFI names and occupations is significant in that it would allow the public to answer the following pressing questions. Do all TFI employees have similar backgrounds with and ties to Israel lobbying organizations? What appear to have been their qualifications prior to joining TFI based on cross-reference with publicly accessible information?  Why is TFI so selective in the types of money laundering and sanctions enforcement operations it undertakes? We believe that knowing the precise makeup of this unit will contribute a great deal to public understanding of the functions of government. We do not seek any personnel and medical files and similar files the disclosure of which would constitute a meaningful invasion of personal privacy.  **The requested data cut is unavailable from any other source but OPM.**

In order to help to determine my status as a requester please understand that I am affiliated with an educational, noncommercial research institution, and this request is made for a scholarly and news reporting purpose. IRmep should also qualify for an exemption as a "(6) Representative of the news media, or news media requester" since we regularly publish our output in alternative and establishment print and online media. IRmep has also over the last half decade published 10 social science and history books, including "Target Saudi Arabia," "Neocon Middle East Policy", "Foreign Agents", "Visa Denied", "America's Defense Line," "Spy Trade" and a nuclear proliferation book titled "Divert" as well as scores of research papers. IRmep has provided expert media interviews and data to news organizations as diverse as C-SPAN, Voice of America, the *Financial Times of London*, Reuters, the *Washington Post, Inc. Magazine*, Radio France Internationale, *Kiplinger's*, the US State Department's *Washington File, RT* and many others.

Jeff Stein of the *Washington Post* calls IRmep's Research Director Grant F. Smith "a Washington D.C. author who has made a career out of writing critical books." James Petras, Bartle Professor (Emeritus) of Sociology at Binghamton University, New York claims "Grant F. Smith is without peer as an archival scholar." Blogger Philip Weiss claims "the best investigative work is being done by Grant Smith..." Nathan Guttman of *The Jewish Daily Forward* recognizes Smith as leading public efforts to "call attention of the authorities... and demands public scrutiny." John J. Mearsheimer, the R. Wendell Harrison Distinguished Service Professor of Political Science at the University of Chicago claims "Grant Smith's new book" is a major step forward in correcting that problem."

In longstanding recognition of IRmep's status, the following US government agencies do not charge IRmep search fees for FOIA requests: the US Department of Energy, the Nuclear Regulatory Commission, the Federal Bureau of Investigation, the US Department of Justice, the US Department of Commerce, the Central Intelligence Agency, the Defense Intelligence Agency, the US Pardon Attorney, the Internal Revenue Service, the Office of Patents and Trademarks, and the US State Department.

We do not, however, request waiver of data CD burning fees for this request even though disclosure of the requested information to IRmep is in the public interest and it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in my commercial interest.  We will pay up to $50 for any duplication fees involved in the processing of this request. **Although we do not formally request expedited processing, we do hope to be processed as a high priority.** Thank you for your consideration of this request.

Sincerely,

Grant F. Smith, Director of Research

---

[i] Meir Kahane: The Development of a Religious Totalitarian and his Challenge to Israeli Democracy

[ii] America's Defense Line

**Exhibit F**



DEPARTMENT OF THE TREASURY
WASHINGTON D C  20220

April 24, 2014

Grant Smith
Institute for Research: Middle East Policy Inc.
Calvert Station
P.O. Box 32041
Washington DC  20007

RE: FOIA 2013-05-177

Dear Mr  Smith,

This is in response to your Freedom of Information Act (FOIA) request dated October 15, 2012.

This office has reviewed the documents forwarded from the Office of Personnel Management (OPM) in response to your FOIA request.  The attached document is provided in response to your request.  The data that has been redacted is pursuant to the FOIA (b)(6) exemption.

Should you choose to appeal this response, you must do so within 35 days from the date of this letter.  Your appeal must be in writing, must be signed by you, and should contain the reason(s) why you believe an adequate search was not conducted.  Your appeal should be addressed to:

Freedom of Information Appeal
Disclosure Service, DO
Department of the Treasury
Washington, DC 20220

The deciding official on an appeal will be the Assistant Secretary for the Office of Terrorist Financing and Financial Crimes.

No fees were incurred in processing your request.

Sincerely,

John Farley
Senior Resource Manager
Office of Terrorism and Financial Intelligence

FILE 2



SEP2012TRTEX

BRODEN LUKE A        OJOJ-MISCELLANEOUS ADMINISTRATION AND PROGRAM20120930
                                                                    20120930

COHEN DAVID SAMUEL    OJOJ-MISCELLANEOUS ADMINISTRATION AND PROGRAM20120930



SEP2012TRTET

GLASER,DANIEL L          0301MISCELLANEOUS ADMINISTRATION AND PROGRAM20120930

SEP2012TRTFI



HAMMERLE,BARBARA C    0301MISCELLANEOUS ADMINISTRATION AND PROGRAM2012 0930

IRELAND,SUSAN LESLIE    0301MISCELLANEOUS ADMINISTRATION AND PROGRAM2012 0930





SEP2012TRTFI

ROSENBERG, ELIZABETH S   USOIMISCELLANEOUS ADMINISTRATION AND PROGRAM 20120930





Exhibit G

**IRmep**
**Calvert Station**
**P.O. Box 32041**
**Washington, DC 20007**

http://www.irmep.org
info@irmep.org
Phone: 202-342-7325
Fax: 202-318-8009

**IRmep**

Institute for Research: Middle Eastern Policy

Wednesday, May 7, 2014

Acting  FOIA Officer
FOIA Requester Service Center - 1900 E S Room 5415
Office of Personnel Management
Washington, D.C. 20415-7900

RE: FOIA for TFI employee roster

Dear FOIA officer,

**On October 15, 2012, we requested under FOIA a complete list of employees, first name and last, working at the U.S. Treasury Department's "Office of Terrorism and Financial Intelligence."** On April 24, 2014 we received the attached heavily redacted list of OPM records. *Most of the names are censored.*

As you may know, the practice of such censorship began in 2005 as the Bush administration began withholding certain federal civilian employee records alleging heightened "national security" grounds necessitated extra secrecy.  Before that, it was generally understood not only that, as one lawsuit observed, "Citizens have a right to know who is working for the government," but also their job titles and pay grade.  The federal government's first such public interest disclosure rolls listed James Madison as president, earning $25,000 a year.  Lowly Treasury Department employee John Connell of Maryland was listed as a messenger earning $410 a year.

The practice of hiding certain employee rolls, particularly of relatively new agency divisions lead by political employees bringing in circles of close associates, *is a dangerous practice*.  It means that no outside public interest audit of the backgrounds and public views of such people can be conducted by those who pay their salaries.  TFI is a unit that has an enormous impact on U.S. foreign policy and yet has almost zero transparency. It is unacceptable that the names of those who run it are treated as a state secret.  They are federal employees.

We request that an unredacted list of TFI employees be sent directly to us within two weeks.

Sincerely,

Grant F. Smith
Director of Research

Enclosure: redacted TFI list

● Research  ● Awareness  ● Accountability